Felicia Yu (SBN 193316)
Email: fyu@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Synchrony Bank

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HERRERA, | No.: 5:15-cv-04612-NC |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; WELLS FARGO DEALER SERVICES, INC.; SYNCHRONY BANK; LES SCHWAB TIRE CENTER, INC.; ELITE ACCEPTANCE CORPORATION; PLAINS COMMERCE BANK; KELKRIS ASSOCIATES, INC.; CREDIT BUREAU OF PLACER COUNTY, INC.; CREDIT BUREAU SYSTEMS, INC.; NORTH VALLEY COLLECTION BUREAU; RCA OF GRASS VALLEY, INC.; STANISLAUS CREDIT CONTROL SERVICE, INC.; UNIVERSAL RECOVERY CORPORATION AND DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

Plaintiff Elizabeth Herrera ("Plaintiff"), by counsel, and Defendant Synchrony Bank ("Synchrony"), by counsel, hereby informs this Court that Plaintiff and Synchrony have reached a settlement as to all matters raised by Plaintiff against Synchrony only in this action. Plaintiff will file a stipulation of dismissal, dismissing his claims against Synchrony with prejudice once the settlement is consummated.

Respectfully submitted,

DATED: November 13, 2015                REED SMITH LLP

By  */s/ Raffi Kassabian*

Attorneys for Defendant
Synchrony Bank

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the Signatories*

DATED: November 13, 2015

SAGARIA LAW, P.C.

By  */s/ Elliot Gale*
Elliot Gale
Attorneys for Plaintiff
Elizabeth Herrera