SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, | Case No.: 5:15-CV-04612-BLF |
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. (SUED AS WELLS FARGO DEALER SERVICES, INC.) |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** plaintiff Elizabeth Herrera and defendant Wells Fargo Bank, N.A. (sued as Wells Fargo Dealer Services, Inc.), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   December 10, 2015

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale,
Attorneys for Plaintiff