1  Terri R. Brown, Esq. (IN #26279-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN 46077
   Telephone: 317-363-2400
4  Fax: 317-363-2257
   E-Mail: tbrown@schuckitlaw.com

5  *Lead Counsel for Defendant Trans Union, LLC*

6

7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA 94710
9  Telephone: 510-525-5100
   Fax: 510-525-5130
10 E-Mail: ltate@tateandassociates-law.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

                    **UNITED STATES DISTRICT COURT**

                    **NORTHERN DISTRICT OF CALIFORNIA**

                    **SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH HERRERA,<br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; WELLS FARGO DEALER SERVICES, INC.; SYNCHRONY BANK; LES SCHWAB TIRE CENTER, INC.; ELITE ACCEPTANCE CORPORATION; PLAINS COMMERCE BANK; KELKRIS ASSOCIATES, INC.; CREDIT BUREAU OF PLACER COUNTY, INC.; CREDIT BUREAU SYSTEMS, INC.; NORTH VALLEY COLLECTION BUREAU; RCA OF GRASS VALLEY, INC.; STANISLAUS CREDIT CONTROL SERVICE, INC.; UNIVERSAL RECOVERY CORPORATION; and DOES 1 through 100, inclusive;<br>        Defendants. | CASE NO. 5:15-cv-04612-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

       Plaintiff Elizabeth Herrera, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-04612-BLF**

| | |
|---|---|
| 1 | compromised and settled, and that Plaintiff's cause against Trans Union only should be |
| 2 | dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. |
| 3 | Respectfully submitted, |
| 4 | |
| 5 | Date: January 21, 2016 | *s/ Elliot W. Gale* |
| 6 | | Scott J. Sagaria, Esq. |
| | | Elliot W. Gale, Esq. |
| 7 | | Joseph B. Angelo, Esq. |
| | | Scott M. Johnson, Esq. |
| 8 | | Sagaria Law, P.C. |
| | | 2033 Gateway Place, 5th Floor |
| 9 | | San Jose, CA 95110 |
| | | Telephone: 408-279-2288 |
| 10 | | Fax: 408-279-2299 |
| | | E-Mail: sjsagaria@sagarialaw.com |
| 11 | | egale@sagarialaw.com |
| | | jangelo@sagarialaw.com |
| 12 | | sjohnson@sagarialaw.com |
| 13 | | *Counsel for Elizabeth Herrera* |
| 14 | |
| 15 | Date: January 26, 2016 | *s/ Terri R. Brown* |
| | | Terri R. Brown, Esq. (IN #26279-49) |
| 16 | |   (admitted *Pro Hac Vice*) |
| | | Schuckit & Associates, P.C. |
| 17 | | 4545 Northwestern Drive |
| | | Zionsville, IN 46077 |
| 18 | | Telephone: 317-363-2400 |
| | | Fax: 317-363-2257 |
| 19 | | E-Mail: tbrown@schuckitlaw.com |
| 20 | | *Lead Counsel for Defendant Trans Union, LLC* |
| 21 | |
| | | Lauren E. Tate, Esq. (CSB #124483) |
| 22 | | Tate & Associates |
| | | 1321 8th Street, Suite 4 |
| 23 | | Berkeley, CA 94710 |
| | | Telephone: 510-525-5100 |
| 24 | | Fax: 510-525-5130 |
| | | E-Mail: ltate@tateandassociates-law.com |
| 25 | | *Local Counsel for Defendant Trans Union, LLC* |
| 26 | |
| 27 | | *Pursuant to Local Rule 5-1(i)(3), I attest that* |
| | | *concurrence in the filing of this document has been* |
| 28 | | *obtained from each of the Signatories.* |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-04612-BLF**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Elizabeth Herrera and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____   _____

JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com | Elliot W. Gale, Esq.<br>egale@sagarialaw.com |
| Joseph B. Angelo, Esq.<br>jangelo@sagarialaw.com | Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com | Alisa Alexandra Givental, Esq.<br>aag@severson.com |
| Raffi Kassabian, Esq.<br>rkassabian@reedsmith.com | William Norman Elder, Jr., Esq.<br>bill@foellandelder.com |
| Andrew M. Steinheimer, Esq.<br>asteinheimer@ellislawgrp.com | Amanda Nicole Griffith, Esq.<br>agriffith@ellislawgrp.com |
| Terri R Brown, Esq.<br>tbrown@schuckitlaw.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-04612-BLF**

Page 3 of 3