# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04612-BLF<br><br>**ORDER RESETTING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS** |

Defendants Credit Bureau of Placer County, Kelkris Associates, RCA of Grass Valley, and Stanislaus Credit Control Service ("Defendants") have filed motions to dismiss that currently are set for hearing on February 25, 2016. Those motions are RESET for hearing on March 17, 2016 at 2:00 p.m. While counsel are welcome to attend the hearing in person, all counsel are granted permission to appear by Court Call. Counsel wishing to appear by Court Call must contact Court Call in advance of the hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge