SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-04612-BLF <br><br> STIPULATION TO DISMISS DEFENDANT PLAINS COMMERCE BANK; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Herrera and defendant Plains Commerce Bank, that Plains Commerce Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED:  February 15, 2016          Sagaria Law, P.C.

By: ___*/s/ Elliot W. Gale*___
    Elliot W. Gale
Attorneys for Plaintiff
Elizabeth Herrera

DATED:  February 15, 2016          Yu / Mohandesi LLP

By: ___*/s/ Jordan Yu*___
    Jordan Yu
Attorneys for Defendant
Plains Commerce Bank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jordan Yu has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Plains Commerce Bank is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____            _____

                                  Beth L. Freeman
                                  UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT PLAINS COMMERCE BANK; PROPOSED ORDER - 2