```
1  FOELL & ELDER
   WILLIAM N. ELDER JR. STATE BAR NO. 110463
2  3818 E. La Palma Avenue
   Anaheim, California 92807
3  Telephone (714) 999-1100
   Telefax   (714) 630-3300
4

5
   Attorney for Defendant
6  OUR FILE NO. E0020-008.012EOO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HERRERA | CASE NO. 5:15-CV-04612-NC |
| Plaintiffs | STIPULATION TO DISMISS DEFENDANT ELITE ACCEPTANCE CORPORATION; PROPOSED ORDER |
| Vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., TRANSUNION, LLC, WELLS FARGO DEALER SERVICES, INC., SYNCHRONY BANK, LES SCHWAB TIRE CENTER, INC., ELITE ACCEPTANCE CORPORATION, PLAINTS COMMERCE BANK, KELKRIS ASSOCIATES, INC., CREDIT BUREAU OF PLACER COUNTY, INC., CREDIT BUREAU SYSTEMS, INC., NORTH VALLEY COLLECTION BUREAU, RCA OF GRASS VALLEY, INC., STANISLAUS CREDIT CONTROL SERVICE, INC UNIVERSAL RECOVERY CORPORATION AND DOES 1 THROUGH 100, INCLUSIVE | |
| Defendants | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Elizabeth Herrera and Defendant Elite Acceptance Corporation be Dismissed from this action With Prejudice pursuant to Federal Rules of

1

Stipulation to Dismiss Defendant Elite Acceptance Corporation; Proposed Order

Civil Procedures Section 41(a)(1)(A)(ii), and that each party shall bear its own Attorneys' Fees and Costs.

DATED: FEBRUARY 2, 2016          SAGARIA LAW, P.C.

/s/ *Elliot W. Gale*

_____
ELLIOT W. GALE, ATTORNEY
FOR PLAINTIFF, ELIZABETH HERRERA

DATED: FEBRUARY 2, 2016          FOELL & ELDER

/s/ *William N. Elder Jr.*

_____
WILLIAM N. ELDER JR., ATTORNEY
FOR DEFENDANT, ELITE ACCCEPTANCE CORPORATION

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that William N. Elder Jr. has concurred in this filing.

/s/ *Elliot W. Gale*

### [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, Defendant Elite Acceptance Corporation is Dismissed with Prejudice.

IT IS SO ORDERED:

DATED: _____   _____
                                 THE HONORABLE BETH L. FREEMAN
                                 UNITED STATES DISTRICT JUDGE

Stipulation to Dismiss Defendant Elite Acceptance Corporation; Proposed Order