```
1    SCOTT J. SAGARIA (SBN 217981)
     ELLIOT W. GALE (SBN 263326)
2    JOE ANGELO (SBN 268542)
     **SAGARIA LAW, P.C**.
3    2033 Gateway Place, 6th Floor
     San Jose, CA 95110
4    408-279-2288 ph: 408-279-2299 fax

5    Attorneys for Plaintiff
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, | Case No.: 5:15-CV-04612-BLF |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT UNIVERSAL RECOVERY CORPORATION; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Herrera and defendant Universal Recovery Corporation, that Universal Recovery Corporation be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION TO DISMISS DEFENDANT UNIVERSAL RECOVERY CORPORATION; PROPOSED ORDER

- 1

DATED:  March 2, 2016            Sagaria Law, P.C.

                                 By:   */s/ Elliot W. Gale*
                                          Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Elizabeth Herrera


DATED:  March 2, 2016            Ellis Law Group



                                 By:   */s/ Amanda Griffith*
                                          Amanda Griffith
                                 Attorneys for Defendant
                                 Universal Recovery Corporation


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amanda Griffith has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Universal Recovery Corporation is dismissed with prejudice.

IT IS SO ORDERED.



DATED:_____            _____
                                 Beth L. Freeman
                                 UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT UNIVERSAL RECOVERY CORPORATION; PROPOSED ORDER

- 2 -