Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:     +1.949.851.3939
Facsimile:      +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA,<br><br>              Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. et al.,<br><br>              Defendants. | Case No.  5:15-cv-04612-BLF<br><br>Assigned to: Judge Beth Labson Freeman<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTICE THAT** Plaintiff Elizabeth Herrera and Defendant Experian

Information Solutions, Inc. ("Experian") have reached an agreement on all material terms

required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will

be completed within ninety (90) days of the date of this notice, at which time the parties shall file

a Stipulation for Dismissal of the claims asserted against Experian.

///

///

///

///

///

NAI-1500879317v1

Dated:  March 8, 2016                    Respectfully submitted,


                                         By: */s/ Alyssa M. Staudinger*
                                             Alyssa M. Staudinger
                                             JONES DAY
                                             3161 Michelson Drive, Suite 800
                                             Irvine, CA 92612
                                             Tel:  (949)851-3939
                                             Fax:  (949)553-7539
                                             astaudinger@jonesday.com

                                         Attorneys for Defendant
                                         EXPERIAN INFORMATION SOLUTIONS,
                                         INC.


Dated:  March 8, 2016                    Respectfully submitted,


                                         By: */s/ Elliot Gale*
                                             Elliot Gale
                                             SAGARIA LAW, P.C.
                                             2033 Gateway Place, 5th Floor
                                             San Jose, CA 95110
                                             Tel:  (408) 279-2288
                                             Fax:  (408)279-2299
                                             egale@sagarialaw.com

                                         Attorneys for Plaintiff
                                         ELIZABETH HERRERA

NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND EXPERIAN
Case No. 5:15-cv-04612-BLF