SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-04612-BLF <br><br> STIPULATION TO DISMISS DEFENDANT STANISLAUS CREDIT CONTROL SERVICE, INC.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Herrera and defendant Stanislaus Credit Control Service, Inc., that Stanislaus Credit Control Service, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT STANISLAUS CREDIT CONTROL SERVICE, INC.; PROPOSED ORDER - 1

DATED: June 14, 2016          Sagaria Law, P.C.

                              By:  /s/ Elliot W. Gale
                                   Elliot W. Gale
                              Attorneys for Plaintiff
                              Eliabeth Herrera


DATED: June 14, 2016          Ellis Law Group, LLP



                              By:  /s/ Amanda Griffith
                                   Amanda Griffith
                              Attorneys for Defendant
                              Stanislaus Credit Control Service, Inc.



I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amanda Griffith has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Stanislaus Credit Control Service, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____            _____
                                      Beth L. Freeman
                                      UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT STANISLAUS CREDIT CONTROL SERVICE, INC.; PROPOSED ORDER - 2