**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH HERRERA,<br><br>   Plaintiff,<br><br>v.<br><br>KELKRIS ASSOCIATES, INC., et al.,<br><br>   Defendants. | Case No. 15-cv-04612-BLF<br><br>**ORDER TERMINATING CREDIT BUREAU SYSTEMS, INC.'S MOTION TO DISMISS AS MOOT; AND ORDERING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT CREDIT BUREAU SYSTEMS, INC. SHOULD NOT BE DISMISSED FOR FAILURE TO EFFECT TIMELY SERVICE OF PROCESS**<br><br>[Re: ECF 73] |

The motion to dismiss filed by Defendant Credit Bureau Systems, Inc. and set for hearing on July 7, 2016, ECF 73, is TERMINATED AS MOOT in light of Plaintiff's subsequent filing of a first amended complaint, ECF 82.

On April 5, 2016, the Court approved a stipulated order submitted by Plaintiff and Defendant Credit Bureau Systems, Inc. which voided service of process against Defendant Credit Bureau Systems, Inc. *See* Order Approving Stipulation to Void Service of Process, ECF 84. The stipulated order provided that Plaintiff would file a new proof of service showing service of process on Defendant Credit Bureau Systems, Inc. Plaintiff has not done so and the deadline for serving Defendant Credit Bureau Systems, Inc. has expired. *See* Fed. R. Civ. P. 4(m).[1]

---

[1] Rule 4(m) was amended, effective December 1, 2015, to shorten the time for service from 120 days to 90 days. This Court applies the 120-day rule that was in effect when Plaintiff filed the complaint on October 6, 2015. *See Malibu Media, LLC v. Doe*, No. C 15-04443 WHA, 2016 WL 3383759, at *1 n.* (N.D. Cal. June 20, 2016) (applying prior version of Rule 4(m) to complaint filed prior to amendment's effective date).

1  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before July
2  11, 2016, why Defendant Credit Bureau Systems, Inc. should not be dismissed for failure to effect
3  timely service of process.

4  **IT IS SO ORDERED.**

6  Dated:  June 27, 2016

_____
BETH LABSON FREEMAN
United States District Judge