1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   ELIZABETH HERRERA,                      Federal Case No.: 5:15-CV-04612-BLF
12
             Plaintiff,
13
         vs.                               **PLAINTIFF'S NOTICE OF VOLUNTARY
14                                         DISMISSAL OF DEFENDANT CREDIT
   EXPERIAN INFORMATION SOLUTIONS,         BUREAU SYSTEMS, INC. PURSUANT
15 INC.; et. al.,                          TO FEDERAL RULE OF CIVIL
                                           PROCEDURE 41(A)(1)**
16           Defendants.

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Elizabeth Herrera, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Credit Bureau Systems, Inc. as to all

21 claims in this action.

22         Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23         41(a) Voluntary Dismissal

24         (1) By the Plaintiff

25              (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26                  applicable federal statute, the plaintiff may dismiss an action without a court

27                  order by filing:

28                      (1) a notice of dismissal before the opposing party serves either an answer

                                            1
   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CREDIT BUREAU SYSTEMS, INC.

1                      or a motion for summary judgment.

2          Defendant Credit Bureau Systems, Inc. has neither answered Plaintiff's Complaint, nor

3 filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all

4 purposes and without an Order of the Court.

5

6 Dated: June 28, 2016                   Sagaria Law, P.C.

7

8                             By:       */s/ Elliot W. Gale*
                                        Elliot W. Gale

9                             Attorneys for Plaintiff
                            Elizabeth Herrera

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CREDIT BUREAU SYSTEMS, INC.