**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH HERRERA, <br><br> Plaintiff, <br><br> v. <br><br> KELKRIS ASSOCIATES, INC., et al., <br><br> Defendants. | Case No.  15-cv-04612-BLF <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> [Re:  ECF 94] |

On June 27, 2016, the Court issued an Order to Show Cause why Defendant Credit Bureau Systems, Inc. should not be dismissed for failure to effect timely service of process.  Plaintiff voluntarily dismissed Defendant Credit Bureau Systems, Inc. on June 28, 2016.

Accordingly, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated:  June 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge