1 | Scott Sagaria (State Bar No.217981)
2 | Elliot Gale (State Bar No. 263326)
  | Joe Angelo (State Bar No. 268542)
  | SAGARIA LAW, P.C.
3 | 2033 Gateway Place, 5th Floor
  | San Jose, California 95110
4 | Telephone: (408) 279-2288
  | Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| ELIZABETH HERRERA, | Federal Case No.: 5:15-CV-04612-BLF |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTH VALLEY COLLECTION BUREAU PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Elizabeth Herrera, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant North Valley Collection Bureau as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

---

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTH VALLEY COLLECTION BUREAU

1  (1) a notice of dismissal before the opposing party serves either an answer
2  or a motion for summary judgment.
3  Defendant North Valley Collection Bureau has neither answered Plaintiff's Complaint, nor
4  filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all
5  purposes and without an Order of the Court.

7  Dated: July 28, 2016                              Sagaria Law, P.C.

                                                    By:   */s/ Elliot W. Gale*
                                                              Elliot W. Gale
                                                    Attorneys for Plaintiff
                                                    Elizabeth Herrera