1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8                       UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

   ELIZABETH HERRERA,                        Federal Case No.: 5:15-CV-04612-BLF
12
              Plaintiff,
13
          vs.                                **STIPULATED REQUEST FOR
14                                           DISMISSAL OF DEFENDANT KELKRIS
   EXPERIAN INFORMATION SOLUTIONS,           ASSOCIATES, INC.; [PROPOSED]
15 INC.; et. al.,                            ORDER**

16            Defendants.

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19        IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Herrera and defendant

20 Kelkris Associates, Inc. ("Kelkris"), that Kelkris be dismissed from this action with prejudice

21 pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its

22 own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

1

DATED:  March 10, 2017          Sagaria Law, P.C.

2
                                By:      */s/ Elliot W. Gale*
3                                          Elliot W. Gale
                                Attorneys for Plaintiff
4                               Elizabeth Herrera

5

6

DATED:  March 10, 2017          Ellis Law Group

7

8
                                By:      */s/ Mark Ellis*
9                                          Mark Ellis
                                Attorney for Defendant
10                              Kelkris Associates, Inc.

11

12

I, Elliot Gale, am the ECF user whose identification and password are being used to file this

Stipulation. I hereby attest that Mark Ellis has concurred in this filing.

13

*/s/ Elliot Gale*

14

15

16

# [PROPOSED] ORDER

        Pursuant to the stipulation of the Parties, Kelkris is dismissed with prejudice, and that each

17

party shall bear its own attorneys' fees and costs.

18

        IT IS SO ORDERED.

19

20

DATED:_____

21
                                _____
                                BETH L. FREEMAN
22                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2