Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Elizabeth Herrera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, | Federal Case No.: 5:15-CV-04612-BLF |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CREDIT BUREAU OF PLACER COUNTY, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Herrera and defendant Credit Bureau of Placer County, Inc., that Credit Bureau of Placer County, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

DATED:  August 8, 2017          Sagaria Law, P.C.

                                By: _/s/ Elliot W. Gale_
                                         Elliot W. Gale
                                Attorneys for Plaintiff
                                Elizabeth Herrera


DATED:  August 8, 2017          Ellis Law Group


                                By: _/s/ Mark Ellis_
                                         Mark Ellis
                                Attorney for Defendant
                                Credit Bureau of Placer County, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Mark Ellis has concurred in this filing.

_/s/ Elliot Gale_

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Credit Bureau of Placer County, Inc. is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:_____                _____
                                      BETH L. FREEMAN
                                      UNITED STATES DISTRICT JUDGE