Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Elizabeth Herrera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, | Federal Case No.: 5:15-CV-04612-BLF |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT RCA OF GRASS VALLEY, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Herrera and defendant RCA of Grass Valley, Inc., that RCA of Grass Valley, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1

DATED: August 8, 2017         Sagaria Law, P.C.

                              By:    */s/ Elliot W. Gale*
                                     Elliot W. Gale
                              Attorneys for Plaintiff
                              Elizabeth Herrera

DATED: August 8, 2017         Ellis Law Group

                              By:    */s/ Mark Ellis*
                                     Mark Ellis
                              Attorney for Defendant
                              RCA of Grass Valley, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Mark Ellis has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Credit Bureau of Placer County, Inc. is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

                              _____
                              BETH L. FREEMAN
                              UNITED STATES DISTRICT JUDGE